## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF NORTH CAROLINA
### Western Division
### Docket No. 5:96-MJ-875-1

| | |
|---|---|
| **United States Of America** ) | |
| ) | **JUDGMENT** |
| **vs.** ) | |
| ) | |
| **Aundray Lampkin** ) | |

On March 6, 1997, Aundray Lampkin appeared before the Honorable Louise W. Flanagan, U.S. Magistrate Judge in the Eastern District of North Carolina, and pursuant to an earlier plea of guilty to 18 U.S.C. §13 assimilating NCGS 20-138.1, Driving While Impaired (Level 2); NCGS 20-111(2), Fictitious Registration; NCS 20-138.1, Driving While Impaired; NCGS 20-140(a), Careless and Reckless Driving; NCGS 20-141(j), Speeding to Elude Apprehension; NCGS 20-313(a), Driving Without Insurance; NCGS 14-223, Resist, Delay, and Obstruct a Police Officer; and NCGS 20-7(a), No Operator's License; and 18 U.S.C. §1382, Curfew, Restricted Areas, was sentenced to an 18 month term of probation.

On June 24, 1997, a violation hearing was held before the Honorable Alexander B. Denson, U.S. Magistrate Judge. Judge Denson ruled that the defendant violated probation by failure to participate as directed by the probation officer in a treatment program for narcotic addiction, drug dependency, or alcohol dependency; failure to participate as directed in a urinalysis program; failure to refrain from excessive use of alcohol; and using a controlled substance. Probation was revoked, and a two month term of imprisonment was imposed, to be followed by a ten month term of supervised release.

On August 13, 1998, the defendant failed to appear at a scheduled violation hearing. A bench warrant was issued. The defendant was arrested on May 12, 2014.

From evidence presented at the revocation hearing on June 9, 2014, the court finds as a fact that Aundray Lampkin, who is appearing before the court with counsel, has violated the terms and conditions of the probation judgment as follows:

1. Using a controlled substance.
2. Using a controlled substance.
3. Failure to pay a monetary obligation.

Aundray Lampkin
Docket No. 5:96-MJ-875-1
Judgment
Page 2

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that the supervision term theretofore granted be revoked, and the defendant is ordered committed to the custody of the Bureau of Prisons or its authorized representative for imprisonment for a period of 6 months with credit for time served since his arrest on May 12, 2014.

**IT IS FURTHER ORDERED** that the balance of the financial imposition originally imposed be due in full immediately.

**IT IS FURTHER ORDERED** that the Clerk provide the U.S. Marshal a copy of this Judgment and same shall serve as the commitment herein.

This the 9th day of June, 2014.

_____
James E. Gates
U.S. Magistrate Judge